ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

IVANA DJAK (NYBN 5516687)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3918
    FAX: (510) 637-3724
    ivana.djak@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 22-CR-329 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: RESTITUTION** |
| v. | |
| DAVID TAI LEUNG, | |
| Defendant. | |

    The United States and defendant DAVID TAI LEUNG ("Defendant"), by and through their counsel of record, hereby stipulate as follows:

    1.    On February 28, 2024, Defendant pleaded guilty to three counts of wire fraud, in violation of 18 U.S.C. § 1343.

    2.    At the sentencing hearing on June 7, 2024 the Court ordered Defendant to serve ...... months in custody, plus ....... years of supervised release.

    3.    Restitution is mandatory to victims of fraud pursuant to 18 U.S.C. §§ 3663A (MVRA). Specifically, the law provides that a court "shall order . . . restitution" and that this restitution order "shall order restitution to each victim" through the appropriate court mechanism "in the full amount of the victim's losses as determined by the court and without consideration of the economic circumstances

of the defendant." 18 U.S.C. § 3664(f)(1)(A).

4. To conserve judicial resources, to bring about a speedy resolution of this matter, and to avoid further litigation, the parties agree and jointly request that the Court, upon approval of this Stipulation, may enter a Judgment to order restitution to the individuals and/or entities in the amounts as set forth below:

 a. $247,144.06 in total to East West Bank.

 b. $3,112,557.22 in total to the Small Business Administration (SBA).

The parties stipulate that the above individuals and/or entities qualify as "victims" under the statutes cited in paragraph 3, *supra*. The United States shall furnish the Clerk's Office with physical address information for each individual and/or entity.

5. Consistent with 18 U.S.C. § 3664(i), victim East West Bank shall receive full payment of restitution before the SBA receives any payment of restitution.

6. The parties agree that the full amount of special assessment, fine, and restitution is due in accordance with 18 U.S.C. § 3572(d) and in accordance with the parties' plea agreement.

7. The parties further agree to the following payment schedule:

 a. During imprisonment, payment of criminal monetary penalties is due at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons' Inmate Financial Responsibility Program.

 b. Once Defendant is on supervised release, Defendant shall pay restitution in monthly payments of not less than $250 or at least 10% of earnings, whichever is greater, to commence no later than 60 days from placement on supervision.

8. Notwithstanding any payment schedule set by the court, the United States Attorney's Office may pursue collection through all available means in accordance with 18 U.S.C. §§ 3613 and 3664(m). The restitution payments shall be made to the Clerk of U.S. District Court, Attention: Finance Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

9. For the reasons stated at the sentencing hearing, Defendant contends he does not have the ability to pay interest and requests that the Court waive the requirement for interest. *See* 18 U.S.C. § 3612(f)(3). The government does not have additional information on the Defendant's ability to pay,

1  takes no position on Defendant's request, and defers the issue to the Court.

2  10. The parties request that the Court order restitution payable to the individuals and/or entities identified and the terms outlined above.

                SO STIPULATED.

DATED: June 7, 2024

                ISMAIL J. RAMSEY
                United States Attorney

                /s/

                IVANA DJAK
                Assistant United States Attorney

DATED: June 7, 2024

                /s/

                CANDICE L. FIELDS
                Attorney for Defendant DAVID TAI LEUNG

**[~~PROPOSED~~] ORDER**

DAVID TAI LEUNG will pay a total of $3,359,701.28 in restitution, in the amounts specified to the individuals and/or entities specified as follows:

    a. $247,144.06 in total to East West Bank.

    b. $3,112,557.22 in total to the Small Business Administration (SBA).

The above individuals/entities qualify as victims pursuant to 18 U.S.C. §§ 3663A.

The full amount of special assessment, fine, and restitution is due in accordance with 18 U.S.C. § 3572(d). During imprisonment, payment of criminal monetary penalties is due at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons' Inmate Financial Responsibility Program. Once Defendant is on supervised release, Defendant shall pay restitution in monthly payments of not less than $250 or at least 10% of earnings, whichever is greater, to commence no later than 60 days from placement on supervision.

Notwithstanding any payment schedule set by the court, the United States Attorney's Office may pursue collection through all available means in accordance with 18 U.S.C. §§ 3613 and 3664(m). The criminal monetary penalty payments shall be made to the Clerk of U.S. District Court, Attention: Finance Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

[**FOR THE COURT'S JUDGMENT:** The Court finds that Defendant does not have the ability to pay interest and orders that interest be waived. *See* 18 U.S.C. § 3612(f)(3).]

IT IS SO ORDERED.

DATE: June 7, 2024

                            HON. CHARLES R. BREYER
                            UNITED STATES DISTRICT JUDGE